Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
Zhiyu YANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zhiyu YANG,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>Polly KAISER, et al;<br><br>    Respondents-Defendants. | Case No.  3:25-cv-06323-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF BRIEFING AND HEARING SCHEDULE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION** |

JOINT STIPULATION
CASE NO. 3:25-cv-06323-JD

Petitioner and Respondents (collectively referred to as the "Parties") hereby stipulate and jointly request the following modification to the briefing and hearing schedule for good cause.

On October 20, 2025, the Court set a hearing on Petitioner's motion for preliminary injunction for November 20, 2025, at 10:00 a.m. Dkt. 15. The Court further ordered that Respondents may file by October 31, 2025, an opposition to the preliminary injunction request, and that Petitioner may file a reply by November 7, 2025.

The parties jointly submit this stipulation for an extension of time for the briefing schedule in this matter for good cause, due to existing deadlines and hearings for counsel for Petitioner. For Petitioner's lead counsel, Johnny Sinodis, those include: an ICE check-in for two clients in Orange County on October 31; an opposition to a motion to dismiss in a long pending habeas action before the Eastern District of California on November 3; an Individual Calendar Hearing before the San Francisco Immigration Court on November 4; expedited briefing and hearing schedule in a class action lawsuit in the Southern District of New York in Case No. 1:25-cv-08686-KPF (*Doe et al. v. Noem*), a reply brief in support of Plaintiffs' motion for preliminary injunction due November 5, 2025, and oral argument on the motion on November 14, 2025; briefing on the merits of a habeas petition due on November 16; oral argument in a complaint challenging 8 U.S.C. § 1227(a)(4)(C) on first amendment grounds on November 19; an Individual Calendar Hearing before the Immigration Court on November 20; and an appeal brief due to the Board of Immigration Appeals on December 3 in a high-profile matter. Additionally, Mr. Sinodis has a medical procedure on November 7, which may require him to be offline through the weekend.

Given these deadlines, the Parties stipulate and respectfully request that Respondents be provided an additional three weeks, up to and including November 24, 2025, in which to file their opposition to Petitioner's motion for preliminary injunction, and that Petitioner be provided until December 8, 2025, to file a reply. The parties request that the Court schedule a hearing in this matter on December 18, 2025, following the submission of Petitioner's reply,

JOINT STIPULATION – 1
CASE NO. 3:25-cv-06323-JD

1  depending on the Court's availability.[1]

2      In addition, the Parties stipulate and respectfully request that the Court extend the TRO
3  until 5:00 p.m. on the date of the hearing in this matter.

4  Dated: October 30, 2025                      Respectfully Submitted,

/s/ Johnny Sinodis
Johnny Sinodis
CA SBN 290402
Oona Cahill
CA SBN 323525
VAN DER HOUT LLP
360 Post St., Suite 800
San Francisco, CA 94104
T: (415) 981-3000
F: (415) 981-3003
ndca@vblaw.com

ATTORNEYS FOR PETITIONER

CRAIG H. MISSAKAIN
United States Attorney

/s/ Michelle Lo
MICHAEL PYLE
MICHELLE LO
Assistant United States Attorneys

ATTORNEY FOR RESPONDENTS

*Pursuant to Civ. L.R. 5-1(i)(3) the filer of this document has obtained the approval of these signatories.

---

[1] In addition to the above deadlines and hearings, Mr. Sinodis' wife is pregnant and due to give birth on December 20, 2025, though her physicians have explained it is possible that she deliver earlier in December, at which point he will be out of the office on paternity leave. Counsel for Petitioner alerts the Court to this here in the event that a future reset of the hearing date is required The Parties have agreed to continue to meet-and-confer.

JOINT STIPULATION – 2
CASE NO. 3:25-cv-06323-JD

**[PROPOSED] ORDER**

Having reviewed the Parties' joint stipulation and upon good cause showing IT IS HEREBY ORDERED that Respondents' opposition to Petitioner's motion for preliminary injunction is due on or before November 24, 2025. Petitioner may file a reply by December 8, 2025. A hearing on this matter will be held on December 18, 2025, at 10:00 a.m. /p.m. The TRO in this matter is extended until the date of the hearing.

Date: October 31, 2025



Honorable Judge James Donato
United States District Judge

JOINT STIPULATION – 3
CASE NO. 3:25-cv-06323-JD