Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
Zhiyu YANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zhiyu YANG,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>Polly KAISER, et al;<br><br>    Respondents-Defendants. | Case No.  3:25-cv-06323-JD<br><br>**JOINT PROPOSED BRIEFING SCHEDULE REGARDING PETITIONER-PLAINTIFF'S PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND [PROPOSED] ORDER** |

Pursuant to the Court's Order dated December 16, 2025, Dkt. 22, Petitioner and Respondents have met and conferred and propose, subject to the Court's approval, the following briefing schedule as to Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief:

- Respondents' Return/Answer due on February 27, 2026; and
- Petitioner's Traverse/Reply due on April 3, 2026

Dated: January 23, 2026

Respectfully Submitted,

/s/ Johnny Sinodis
Johnny Sinodis
CA SBN 290402
Oona Cahill
CA SBN 323525
VAN DER HOUT LLP
360 Post St., Suite 800
San Francisco, CA 94104
T: (415) 981-3000
F: (415) 981-3003
ndca@vblaw.com

ATTORNEYS FOR PETITIONER

CRAIG H. MISSAKAIN
United States Attorney

/s/ Michael Starrett
MICHAEL STARRETT
Special Assistant United States Attorney

ATTORNEY FOR RESPONDENTS

*Pursuant to Civ. L.R. 5-1(i)(3) the filer of this document has obtained the approval of these signatories.

**~~[PROPOSED]~~ ORDER**

Having reviewed the Parties' joint proposed briefing schedule as to Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, and upon good cause showing, IT IS HEREBY ORDERED that Respondents will file their return/answer on February 27, 2026, and Petitioner will file his traverse/reply on April 3, 2026.

Dated: January 29, 2026

_____
Honorable Judge James Donato
United States District Judge