Johnny Sinodis (CA Bar #290402)
Oona Cahill (CA Bar #354525)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

Attorneys for Petitioner-Plaintiff
Zhiyu YANG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zhiyu YANG, | Case No.  3:25-cv-06323-JD |
| Petitioner-Plaintiff, | **STIPULATION AND** |
| v. | **[PROPOSED] ORDER FOR 7-DAY EXTENSION OF TIME OF PETITIONER'S DEADLINE TO FILE TRAVERSE** |
| Polly KAISER, et al; | |
| Respondents-Defendants. | |

JOINT STIPULATION
CASE NO. 3:25-cv-06323-JD

Petitioner and Respondents (collectively referred to as the "Parties") hereby stipulate and jointly request a seven-day extension of time for Petitioner to file his traverse for good cause.

On January 29, 2026, the Court granted the parties' joint briefing schedule, which set a deadline for Petitioner's traverse for April 3, 2026. Dkt. 25. In light of undersigned counsel's current and upcoming briefing deadlines, including (1) a petition for rehearing en banc due on March 31, 2026 to the U.S. Court of Appeals for the Third Circuit in *Khalil v. Trump*, Case No. 25-2162, (2) briefing to the Supreme Court in *Dahlia Doe v. Trump*, Case No. 25A952, class action litigation challenging the termination of Temporary Protected Status (TPS) for Syria, in which the Supreme Court granted certiorari prior to judgment and oral argument is scheduled for April 29, 2026, and (3) other pressing matters that have recently developed in undersigned Counsel's other cases and which have required significant time to address, Petitioner contacted counsel for Respondents to request a 7-day extension of time to file his traverse. Respondents are amenable to a 7-day extension. The proposed new deadline for Petitioner's traverse is April 10, 2026.

Dated: March 31, 2026

Respectfully Submitted,

/s/ Johnny Sinodis
Johnny Sinodis
CA SBN 290402
Oona Cahill
CA SBN 323525
VAN DER HOUT LLP
360 Post St., Suite 800
San Francisco, CA 94104
T: (415) 981-3000
F: (415) 981-3003
ndca@vblaw.com

ATTORNEYS FOR PETITIONER

CRAIG H. MISSAKAIN
United States Attorney

/s/ Michael Starrett
MICHAEL STARRETT
Special Assistant United States Attorney

ATTORNEY FOR RESPONDENTS

JOINT STIPULATION – 1
CASE NO. 3:25-cv-06323-JD

*Pursuant to Civ. L.R. 5-1(i)(3) the filer of this document has obtained the approval of these signatories.

**[PROPOSED] ORDER**

Having reviewed the Parties' joint stipulation and upon good cause showing, IT IS HEREBY ORDERED that Petitioner's deadline to file his traverse is set for April 10, 2026.

_____
Honorable Judge James Donato
United States District Judge

JOINT STIPULATION – 2
CASE NO. 3:25-cv-06323-JD